■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM REINHART, Appellant. [849 NYS2d 188]—Appeal by the defendant, as limited by his motion, from two amended sentences of the County Court, Suffolk County (Kahn, J.), both imposed October 27, 2006, on the ground that the amended sentences are excessive.

Ordered that the amended sentences are affirmed. No opinion. Mastro, J.P., Krausman, Lifson and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD SAMPSON, Appellant. [847 NYS2d 860]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 24, 1995 (*People v Sampson,* 217 AD2d 671 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered November 18, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Crane, J.P., Krausman, Fisher and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON A. SCOTT, Appellant. [847 NYS2d 860]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 5, 1998 (*People v Scott,* 254 AD2d 310 [1998]), affirming a judgment of the Supreme Court, Richmond County, rendered October 16, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Crane and Ritter, JJ., concur.